IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DERRICK TROY GARDNER,

  Plaintiff,

  v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

  Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-2128-TWT

## ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed.

SO ORDERED, this 14 day of January, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge